UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AARON SINGLETON,<br><br>                              Plaintiff,<br><br>   -against-<br><br>CITY OF NEW YORK COMPTROLLER OFFICER; NEW YORK STATE DEPARTMENT OF SOCIAL SERVICE; NEW YORK STATE CHILD SUPPORT,<br><br>                              Defendants. | 20-CV-8591 (LLS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued March 15, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii), (iii).

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   March 15, 2021
            New York, New York

*Louis L. Stanton*
Louis L. Stanton
U.S.D.J.