UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AARON SINGLETON,

                              Plaintiff,

                 -against-

CITY OF NEW YORK COMPTROLLER
OFFICE, et al.,

                              Defendants.

20-CV-8591 (LLS)

ORDER

LOUIS L. STANTON, United States District Judge:

    Plaintiff is proceeding *pro se*. By order dated March 15, 2021, the Court dismissed this action for failure to state a claim, and the following day, the court's Clerk's Office entered judgment. (ECF 8-9.) On April 19, 2021, Plaintiff filed a motion for an extension of time to file a notice of appeal, and a notice of appeal. (ECF 10-11.) Two days later, the Clerk's Office transmitted Plaintiff's appeal to the United States Court of Appeals for the Second Circuit. Plaintiff then filed, on September 27, 2021, a motion for the Court to request *pro bono* counsel. (ECF 15.)

    On October 26, 2021, the Court of Appeals dismissed Plaintiff's appeal. *See Singleton v. City of New York Comp. Office*, No. 21-1000 (2d Cir. Oct. 26, 2021) (Doc. 30). As Plaintiff's appeal is no longer pending, and this Court retains jurisdiction to consider his motions, *see Griggs v. Provident Consumer Discount Co.*, 459 U.S. 56, 58 (1982) ("The filing of a notice of appeal … confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal."), the Court denies as moot Plaintiff's pending motions.

**CONCLUSION**

    The Court denies Plaintiff's motions (ECF 10, 15) as moot.

The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   October 28, 2021
         New York, New York

_Louis L. Stanton_
Louis L. Stanton
U.S.D.J.